1  James E. Cross, Esq. #009063
**THE CROSS LAW FIRM, P.L.C.**
2  1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
3  (602) 412-4422
jcross@crosslawaz.com
4  *Counsel for Debtor, HH Acquisition CS, LLC*

5

6                **IN THE UNITED STATES BANKRUPTCY COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8  | In re: | Chapter 11 Proceedings |

9  | HH ACQUISITION CS, LLC, | Case No. 2:21-bk-05211-DPC |

10 | Debtor. | **DECLARATION OF PATRICK CLIFTON IN SUPPORT OF DEBTOR'S FIRST DAY MOTIONS** |

11

12

13       I, Patrick Clifton, authorized representative of HH Acquisition CS, LLC ("HH" or the

14 "Debtor") hereby declare under penalty of perjury as follows:

15       1.      I am a resident of Maricopa County, Arizona, I am over eighteen years of age,

16 and am competent to make this Declaration.

17       2.      I have been involved in various forms of real estate development and

18 acquisitions since the 1980's. I am currently involved in the development of several build-to-

19 rent projects. Previously I have been involved in overseeing the development/acquisition of

20 over 4,000 apartments throughout Arizona as well as the roll-out and operation of such multi-

21 unit consumer brands such as Blockbuster Video, Boston Market, Spin Cycle, and AutoAuto

22 Wash. Additionally, I have been an Advisor of Highland Hospitality Partners, LLC and its

23 predecessor since 2010.

24       3.      I make the following statements based upon my personal knowledge and the

25 business records of the Debtor.

26

27

28

4. HH Acquisition is the debtor and debtor-in-possession in the above- captioned Chapter 11 case.

5. HH Acquisition operates a hotel known as Hyatt House Colorado Springs located at 5805 Delmonico Drive, Colorado Springs, Colorado 80919 (the "Property").

6. HH Acquisition is owned by various equity investors and is managed by Highland Hospitality Partners, LLC, a Delaware limited liability company. TGT Partners, LLC, an Arizona limited liability company is the manager of Highland Hospitality. ISB Management, LLC, an Arizona limited liability company is the manager of TGT Partners.

**A. HH Acquisition's Business**

7. HH Acquisition was formed in the state of Delaware as a limited liability company in February 2019, to acquire the Property, with the intention of renovating it.

8. The Property is operated by a third-party management company, Rockies Hotel Management, Inc.

9. Rockies Hotel Management, Inc. is responsible for the day-to-day operation of the Property and provides periodic reports to management of the Debtor regarding operations of the hotel.

**B. Factors Leading to Bankruptcy**

10. On or about October 4, 2019, HH Acquisition entered into a Promissory Note with YAM Capital III, LLC ("YAM") in the amount of $8,400,000.00, with a 9% interest rate per annum (the "YAM Note"). The purpose of the loan was to provide bridge financing until a permanent loan could be obtained to fund the planned renovations.

11. On or about October 4, 2019, HH Acquisition entered into a Promissory Note with HH CO Springs, LLC ("HHCOS") in the amount of $1,150,000.00, with an 8% interest rate per annum (the "HHCOS Note"). The purpose of this loan was seller provided financing

when Debtor acquired the Property. The current amount owed on this obligation is approximately $450,000.

12.     HH Acquisition was able to operate the Property and made the payments on the YAM and HHCOS Notes until March 2020, when the COVID-19 pandemic caused the Property to shut down and led to the serious adverse economic impact on hospitality properties across the nation and world. As a result of the pandemic, HH Acquisition's business took a drastic downturn, and the Debtor was unable to continue making the payments on the Notes.

13.     In April 2020, HH Acquisition applied for and received a Paycheck Protection Program Loan from the Small Business Administration in the amount of $140,835 (the "First PPP Loan") in order to continue operating its business. The Debtor has applied for forgiveness of this First PPP Loan and expects it to be fully forgiven.

14.     On April 6, 2020, the Debtor and YAM entered into a Forbearance Agreement, which deferred payments on the Note through June 30, 2020.

15.     On June 2, 2020, the Debtor and YAM entered into a First Amendment to Forbearance Agreement, which further deferred payments on the Note through July 31, 2020.

16.     On July 2, 2020, the Debtor and HHCOS entered into a Letter Agreement, which extended the loan maturity date to August 19, 2020.

17.     On July 30, 2020, the Debtor and YAM entered that certain Second Amendment to Agreement which extended the loan maturity to September 30, 2020.

18.     On September 30, 2020, the Debtor and YAM entered that certain Third Amendment to Agreement which extended the loan maturity to January 1, 2020, and also increased the interest rate to accrue on the Note from 9% to 10% per annum.

19.     On November 27, 2020, the Debtor sent a notice to YAM that it desired to further extend the maturity of the Loan for an additional 90 day period.

20.     YAM did not respond to the November 27, 2020, request for extension, and sent a letter on January 8, 2021, declaring a default on the Loan.

21.     In February 2021, HH Acquisition applied for and received a second Paycheck Protection Loan from the Small Business Administration in the amount of $230,800 (the "Second PPP Loan") in order to continue operating its business.  The Debtor has applied for forgiveness of this Second PPP Loan and expects it to be fully forgiven.

22.     The Debtor has been negotiating a sale of the Property to a third party, which sale was originally scheduled to close in mid to late August, and which would pay both YAM and HHCOS in full, as well as provide funds to pay unsecured debt related to the Property.

23.     On June 8, 2021, YAM issued its Notice Regarding Cure Statement on the YAM Note, with a trustee's sale set for July 7, 2021.  The Debtor was given a deadline of July 6, 2021, at Noon to pay all outstanding amounts due on the YAM Note in the amount of $10,343,617,10.

24.     Due to the COVID-19 pandemic, the Debtor was forced to close its business at times, reopen with limited services and space, and continues to operate with limited guests.

25.     Through this reorganization, the Debtor will sell the Property, pay all secured creditors in full, and provide funds to repay unsecured debt.

26.     The Debtor has been in the process of attempting to close a sale to an independent third party for a sale price of $14,500,000.  Now that this bankruptcy has been filed, the Debtor intends to immediately proceed forward in filing a motion for approval of a sale of the property, after appropriate notice and an opportunity for better and higher offers.

**C.  Need for Cash Collateral Use**

27.     As of the Petition Date, the total payoff balance the YAM Note is $10,343,617.10.

28.     As of the Petition Date, HH Acquisition owes unsecured debt but is attempting to obtain the specific amounts from its management company.

29.     Without the ability to immediately use cash to fund its ongoing operations, HH Acquisition cannot operate, and will not have access to cash to pay operating expenses. In that event, Debtors' operations will shut down, all ongoing business value will be lost, and creditors will lose any prospect for repayment.

30.     The Debtor has developed a three-month budget for operations, which is submitted as Exhibit B to its motion for authority to use Cash Collateral.

### D.  Obligation Owing to Hyatt House Franchising, LLC

31.     The Debtor is a party to a franchise agreement with Hyatt House Franchising, LLC for the use of the Hyatt brand in operating the Property. Once the sale of the Property is closed, Debtor shall reject this executory contract.

### E.  Utilities

32.     The Debtor had hoped to have information to seek relief in terms of utility deposits, but at this point does not have all the information necessary for this request and shall supplement this Declaration once the information is obtained.

33.     I have reviewed the "first day motions" filed on this day, and the factual statements contained therein are accurate to the best of my knowledge.

     DATED:  July 7, 2021.

                                        **HH ACQUISITION CS, LLC**


                                        _/s/ Patrick Clifton_____
                                        By: Patrick Clifton, Authorized Representative

COPY of the foregoing filed via the
Court's ECF system and copies mailed/emailed
on July 7, 2021, to:

| | |
|---|---|
| Jennifer Giaimo | Isaac Gabriel, Esq. |
| OFFICE OF THE UNITED STATES TRUSTEE | Quarles & Brady LLP |
| | Two N. Central Ave. |
| 230 N. First Avenue, Suite 204 | Phoenix, AZ 85004 |
| Phoenix, AZ 85003-1706 | Email: Isaac.Gabriel@quarles.com |
| Email: jennifer.a.giaimo@usdoj.gov | Counsel for YAM Capital III, LLC |
| | |
| U.S. Small Business Administration | Colorado Department of Revenue |
| 2828 N. Central Ave., Ste. 800 | PO Box 17087 |
| Phoenix, AZ 85004 | Denver, CO 80217 |
| | |
| Internal Revenue Service | Arizona Department of Revenue |
| Centralized Insolvency Operation | P.O. Box 29086 |
| P.O. Box 7346 | Phoenix, AZ 85038-9086 |
| Philadelphia, PA 19101-7346 | |
| | |
| El Paso Cunty Public Trustee | El Paso County Treasurer |
| Attn: Cindy Simpson | PO Box 2018 |
| 1676 Garden of the Gods Rd., Ste. 2100 | Colorado Springs, CO 80901 |
| Colorado Springs, CO 80907 | |
| | |
| HH CO Springs, LLC | Hyatt House Franchising, LLC |
| 2000 High Wickham Place, Ste. 300 | Attn: General Counsel |
| Louisville, KY 40245 | 150 N. Riverside Plaza |
| | Chicago, IL 60606 |
| | |
| Colorado Springs Utilities | Waste Management of Colorado, Inc. |
| PO Box 340 | AS Payment Agent |
| Colorado Springs, CO 80901 | PO Box 7400 |
| | Pasadena, CA 91109 |

*/s/ Kara L. Stewart*